KENNETH STEINTHAL (SBN 268655)
E-mail: steinthalk@gtlaw.com
GREENBERG TRAURIG, LLP
153 Townsend St., 8th Floor
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Attorney for Defendant
WHITE ROCK DISTILLERIES, INC.


CHRISTOPHER C. LARKIN (SBN: 119950)
E-Mail: clarkin@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

KEVIN J. LESINSKI (SBN: 110862)
E-mail: klesinski@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street
Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8449

Attorneys for Plaintiff
JACK DANIEL'S PROPERTIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC. a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> WHITE ROCK DISTILLERIES, INC., a Maine corporation, <br><br> Defendant. | CASE NO. CV 10-CV-5265 (LHK) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Honorable Lucy H. Koh <br><br> Date Filed: 10/19/10 <br> CMC: 04/13/11 <br><br> [N.D. Local Rule 6-2] |

1    IT IS HEREBY STIPULATED by and between Plaintiff Jack Daniel's Properties, Inc.
2  ("Plaintiff") and Defendant White Rock Distilleries, Inc. ("Defendant") hereto through their
3  respective counsel of record, as follows:
4    WHEREAS,
5    A.   Plaintiff filed its complaint on November 19, 2010 in the United States District
6  Court for the Northern District of California, San Francisco Division.
7    B.   Plaintiff requested that Defendant waive service of the summons, to which
8  Defendant agreed, giving Defendant until January 31, 2011 to file responsive pleadings
9  pursuant to Fed. R. Civ. Proc. 4(d)(3).
10   C.   In the interim the parties have engaged in direct settlement negotiations and
11 desire to continue those negotiations before proceeding further into litigation.
12   D.   Counsel for Defendant has requested, and counsel for plaintiff has agreed, to
13 extend the time for Defendant to respond to the complaint until March 2, 2011, so that the
14 parties may continue settlement negotiations.
15   E.   The parties agree that good cause exists for this stipulation and proposed order.
16   IT IS HEREBY AGREED that:
17   1.   Defendant shall have up to and including March 2, 2011, within which time it
18 may file responsive pleadings to the pending complaint.

23  DATED: January 28, 2011                    GREENBERG TRAURIG, LLP

25                                             By:/s/_____
                                                  Kenneth Steinthal

                                               Attorney for Defendant
                                               White Rock Distilleries, Inc.

1 | DATED: January 27, 2011              SEYFARTH SHAW LLP

By: /s/
Kevin Lesinski

Attorney for Plaintiff
Jack Daniel's Properties, Inc.

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Defendant White Rock Distilleries, Inc. will have to and including March 2, 2011, to serve and file its response to Plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: January 31, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
Judge of the United States District Court