UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JACK DANIEL'S PROPERTIES, INC. a Delaware corporation, | ) ) ) | Case No.: 10-CV-05265-LHK |
| Plaintiff, | ) ) | ORDER EXTENDING TIME TO RESPOND TO COMPLAINT; |
| v. | ) ) | DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| WHITE ROCK DISTILLERIES, INC., a Maine corporation,, | ) ) ) | |
| Defendant. | ) ) | |

The parties filed a stipulated request to extend the time for Defendant to respond to the complaint to April 1, 2011, and to continue the Case Management Conference to May 11, 2011. As this case has been pending for several months, the Court DENIES the parties' request to continue the initial Case Management Conference.  The Case Management Conference will take place, as scheduled, on April 13, 2011.  The Court extends the time for Defendant to respond to the Complaint to March 15, 2011.  If the case settles before the April 13, 2011 conference, the parties should file a stipulated dismissal, and the Court will vacate the conference date.  Further requests for extensions of time will not be favored.

**IT IS SO ORDERED.**

Dated: March 4, 2011

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1