KENNETH L. STEINTHAL (SBN 268655)
E-mail:  steinthalk@gtlaw.com
MATTHEW L. REAGAN (SBN 261832)
E-mail:  reaganma@gtlaw.com
GREENBERG TRAURIG, LLP
153 Townsend St., 8th Floor
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile:  (415) 707-2010

Attorney for Defendant
WHITE ROCK DISTILLERIES, INC.


CHRISTOPHER C. LARKIN (SBN:  119950)
E-Mail:  clarkin@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

KEVIN J. LESINSKI (SBN:  110862)
E-mail:  klesinski@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street
Suite 3100
San Francisco, California 94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8449

Attorneys for Plaintiff
JACK DANIEL'S PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC. a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WHITE ROCK DISTILLERIES, INC., a Maine corporation,<br><br>    Defendant. | CASE NO.  CV 10-CV-5265 LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**<br><br>Judge:  Honorable Lucy H. Koh<br><br>[A.D.R. Local Rule 6-5] |

IT IS HEREBY STIPULATED by and between Plaintiff Jack Daniel's Properties, Inc. ("Plaintiff") and Defendant White Rock Distilleries, Inc. ("Defendant") hereto through their respective counsel of record, as follows:

WHEREAS,

A.    Plaintiff filed its complaint on November 19, 2010 in the United States District Court for the Northern District of California, San Francisco Division.

B.    On March 25, 2011 this Court ordered the parties to participate in court-appointed mediation by June 23, 2011.  (Dkt. 19.)

C.    On May 9, 2011 the parties had a pre-mediation telephone conference with William N. Hebert, the court-appointed mediator.  Due to scheduling conflicts on the week of June 20th the parties agreed to a mediation date of June 16, 2011 and a written submission deadline of June 10, 2011.

D.    In the interim, the parties have diligently continued to engage in direct settlement negotiations.

E.    Yesterday, on June 1, 2011, the parties reached an agreement in principle on the terms of a settlement agreement that will resolve the current dispute.  However, the details and final language the agreement need to be drafted.  While the parties are endeavoring to complete this process as quickly as possible, due to scheduling difficulties of counsel and client representatives it may be difficult to achieve this goal within the next few days.

F.    The parties, therefore, wish to extend the mediation deadline of June 23, 2011 by thirty (30) days to July 23, 2011 to allow sufficient time to finalize their agreement without the need for court-appointed mediation.  This will save the parties the considerable expense and human resources necessary to properly prepare mediation statements which would otherwise be due in just over a week.

G.    The parties are confident that they will be able to finalize their agreement within a reasonable time and agree that good cause exists for this stipulation and proposed order.

IT IS HEREBY AGREED that:

1. If the parties have not settled their dispute then they shall engage in court-appointed mediation by July 23, 2011.

DATED: June 2, 2011         GREENBERG TAURIG, LLP

By: /s/
Kenneth L. Steinthal

Attorney for Defendant
White Rock Distilleries, Inc.

DATED: June 2, 2011         SEYFARTH SHAW LLP

By: /s/
Christopher C. Larkin

Attorney for Plaintiff
Jack Daniel's Properties, Inc.

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that if the parties have not settled their dispute they shall engage in court-appointed mediation by July 23, 2011.

**IT IS SO ORDERED.**

DATED: June 3, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
Judge of the United States District Court